M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2010 FEB -9 A 9:30

____Donnell Flournoy____
Full name and prison name of
Plaintiff(s)

v. Mark Culver Houston Co. Comm,
Skip Diffie CCO. Staff
Veronica Alvardo-CCO Staff
Lt. Napa D.S.I. Security
Lt. Jones D.S.I. Security
Gary Knight Director CCO,
Et. Al.,

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

CIVIL ACTION NO. 1:10cv104-ID
(To be supplied by Clerk of U.S. District
Court)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐ No ☑

    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ☐   NO ☑

    C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) ____None____

            Defendant(s) ____None____

        2.  Court (if federal court, name the district; if state court, name the county)
            ____None____

3. Docket number ___None___
4. Name of judge to whom case was assigned ___None___
5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) ___None___
6. Approximate date of filing lawsuit ___None___
7. Approximate date of disposition ___None___

II. PLACE OF PRESENT CONFINEMENT ___Houston County Jail___
___904 East Main Street Dothan, AL. 36302___
PLACE OR INSTITUTION WHERE INCIDENT OCCURRED ___Community Work Release 464 North Oates Street Dothan, AL. 36302___

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME | ADDRESS
1. Mark Culver — 164 N. Oates St., Houston Co. Admin Bldg.
2. Gary Knight — 164 N. Oates St. Dothan, AL. 36302 Dothan, AL. 36302
3. Skip Duffie — 164 North Oates St., Dothan AL. 36302
4. Veronica Alvardo — 164 N. Oates St., Dothan, AL. 36302
5. ___
6. ___

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED ___Jan. 30, 2009___
Removed From Community Work Release, And was brought back to Jail. In violation of Civil Rights.

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: ___On Nov. 4, 2009 the Plaintiff was sentence 3 yrs Probation And 1 year At CCD, Community Work Release___

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.) I was Sentence to CCD on Nov.4, 2009 where I was there for 21 Day the CCD Staff Found out that the Plaintiff was Totally Disable Defined by Section 9-11-54 Code of AlA 1975.

On December 29, 2009 Job Placement officer Ronnie Alvarado Deemed the Plaintiff Found Unemployable Due to Medical Conditions Exhibit A Delinquency Report on Dec. 30, 2009 After being At CCD For 27 Days the Plaintiff was Transported Back To Houston Co. Jail Due to Medical Conditions that is to Difficult For the Plaintiff to Work See Exhibit A Defendants Delinquency Reports.

GROUND TWO: On Nov. 4, 2009 At Sentencing the Plaintiff Attorney Jack Blumerfield Explained to Judge Little that the Plaintiff were Disable And were Recieving Medical Treatment For Spinal Orthosis being Disable Defined by Section 9-11-54 Code of AIA 1975.

SUPPORTING FACTS: Disibility Acts, Handicapped, Social Security Acts As Stated Discrimination No one Will be Denied Equal Protection of the Law in the Assihments of Jobs or Employment Due to being Handicapped or Disable Federal Laws Protect And Provides for the Disable And Handicapped to Ensure we Are Treated Fairly by being Provided Access to A Job the Disable or Handicapped Can Perform the Task of Required Work.

GROUND THREE: On Jan 12, 2010 the Plaintiff were Given A Revocation Hearing Honorable Judge Inhram Court And Plaintiff Probation was Revolked in violation of his Constition Rights And Due Process of Laws, Disibility Acts, Social Security Act, And Handicapped Acts.

SUPPORTING FACTS: Mark Culver, Gary Knight, Skip Duffie, Veronica Alvarado And County Commissions Are Legally Responsible for the overall Operation of Job Search And Job Placements Under its Jurisdiction Including Houston County Community Work Release, for Disibility And Handicapped to Ensure we Are Treated Fairly by being Provided Access to A Job that the Disable And Handicapped Can Perform the Task of Work Required. Lt. Jones D.S.I Security Used Racial Slurs Racial Remarks Toward Black Inmates Such Remarks (Sambos) (Bay Head Sambos) Racial Remarks See Exhibit B Plaintiffs Affidavit to Staff At CCD, Concerning Racial Discrimination Remarks.

Lt. NAPA Removing And Taking of the Plaintiff own Private Properties $200.00 in Cash 5 Rolls of Quarters Gold Cross, Gold Ring, Gold Chain, From the Plaintiff Private Lock up Locker At CCD, Lock was Cut off His Locker, Even After having CCD, Extra Key As Required the Plaintiff Property was Taken And Destroyed.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES. To Order the Defendants to Respond to this Complaint, Review their Statement Concerning All Legal Constitutional Challenges And Civil Rights Violation, to Issue And Order Evidentually Hearing And Issue And Order For Jury Trial.

to Issue And Order For Investigation by the U.S. Attorney Office Dept. Of Justice Civil Rights Division, Office Of Civil Rights to Order the Defendants to Replace My Money they took, My Trailer that took And to Sue Each Defendant For the Sum of $10,000 Each Punitive Damages.

$10,000 Monetary Damages

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February, February 7 2010 2010
(Date)

_____
Signature of plaintiff(s)

Donnell Flournoy - 62663 - 0-1
907 East Main Street
Dothan, ALA. 36302

"Clerk"
United State Dist Cart
Post Box 744
Montgomery, AL. 36101

