IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
DONNELL FLOURNOY,            )
                             )
    Plaintiff,               )
                             )      CIVIL ACTION NO.
    v.                       )       1:10cv104-MHT
                             )           (WO)
SKIP DUFFIE, et al.,         )
                             )
    Defendants.              )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit claiming that he was unconstitutionally removed from a county work-release program.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motions for summary judgment should be granted.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

**An appropriate judgment will be entered.**

**DONE, this the 25th day of September, 2012.**

    /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**