IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
DONNELL FLOURNOY,              )
                               )
     Plaintiff,                )
                               )          CIVIL ACTION NO.
     v.                        )            1:10cv104-MHT
                               )                (WO)
SKIP DUFFIE, et al.,           )
                               )
     Defendants.               )
```

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. No. 46) is adopted.

(2) Defendants Skip Duffie, Gary Knight, and Veronica Alvardo's motions for summary judgment (Doc. Nos. 18 & 24) are granted.

(3) Judgment is entered in favor of defendants Duffie, Knight, and Alvardo and against plaintiff Donnell

Flournoy, with plaintiff Flournoy taking nothing by his complaint.

It is further ORDERED that costs are taxed against plaintiff Flournoy, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 25th day of September, 2012.


    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE